# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**DENNIS WRIGHT**                                                                                                **PLAINTIFF**

**V.**                                              **CASE NO. 5:22-CV-5060**

**MADISON COUNTY REGIONAL WATER DISTRICT**                                         **DEFENDANT**

## ORDER OF DISMISSAL

Now before the Court is the parties' Joint Motion to Dismiss (Doc. 24). The Motion is **GRANTED**. **IT IS THEREFORE ORDERED** that the case is **DISMISSED WITH PREJUDICE** pursuant to the parties' settlement, and the Clerk of Court is directed to close the case.

**IT IS SO ORDERED** on this 3rd day of January, 2023.

                                                               */s/ Timothy L. Brooks*
                                                             TIMOTHY L. BROOKS
                                                            UNITED STATES DISTRICT JUDGE